**Fill in this information to identify the case:**

Debtor name    **Desert Lake Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 24, 2020**          X */s/ Darin Toone*
                                          Signature of individual signing on behalf of debtor

                                          **Darin Toone**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Desert Lake Group, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF UTAH** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NLJ Financial LLC 2328 Hitching Post Drive Eagle Mountain, UT 84005** | | **Loan: Creditor permitted debtor to use it's credit card to incur debtor's business expenses.** | | | | $194,145.86 |
| **Strategic Task Management, Inc. 1626 E. Timoney Road Draper, UT 84020** | | **Loan: Creditor permitted debtor to use it's credit card to incur debtor's business expenses.** | | | | $108,437.09 |
| **Strategic Task Management, Inc. 1626 E. Timoney Road Draper, UT 84020** | | **Loan: Creditor permitted debtor to use it's credit card to incur debtor's business expenses.** | | | | $42,079.23 |
| **John Aguilar 1300 SW 1st Ave Apt 5A Boca Raton, FL 33432** | | **TCPA** | **Disputed** | | | $30,000.00 |
| **Chelsea Manning 7247 W Kentucky Dr #E Lakewood, CO 80226** | | **TCPA** | **Disputed** | | | $20,000.00 |
| **Joseph Brem 2383 E San Miguel Dr Casa Grande, AZ 85194** | | **TCPA** | **Disputed** | | | $15,000.00 |
| **Godwin Agbim 4930 Sugar Grove Blvd #2706 Suite 600 Stafford, TX 77477** | | **TCPA** | **Disputed** | | | $9,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **Desert Lake Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lacy Woods 681 Taylor Circle Somerville, AL 35670** | | **TCPA** | **Disputed** | | | **$9,000.00** |
| **John A. Pitts 154 Aquarius RD. Conroe, TX 77306** | | **TCPA** | **Disputed** | | | **$7,000.00** |
| **William Kevin Hand 306 Fantastic Blvd Raceland, LA 70394** | | **TCPA** | **Disputed** | | | **$7,000.00** |
| **Katie McQuarrie 10904 S Weiss Drive South Jordan, UT 84009** | | **TCPA** | **Disputed** | | | **$6,000.00** |
| **Giancarlo Diroma 11260 Pinecone St Corona, CA 92883** | | **TCPA** | **Disputed** | | | **$6,000.00** |
| **Cathy Roth 3 Winchester Dr Liverpool, NY 13088** | | **TCPA** | **Disputed** | | | **$6,000.00** |
| **Melanie Stranko 3203 Ridgeway Road Greensburg, PA 15601** | | **TCPA** | **Disputed** | | | **$5,000.00** |
| **John Paul 1725 N. Shelby Oaks Drive Suite 101 Memphis, TN 38134** | | **TCPA** | **Disputed** | | | **$5,000.00** |
| **Shelly Johnson 2304 Shady Creek Drive Richardson, TX 75080** | | **TCPA** | **Disputed** | | | **$5,000.00** |
| **Amy McCormick 961 Rough and Ready Road Whiteville, NC 28472** | | **TCPA** | **Disputed** | | | **$4,500.00** |
| **Barbara Navarrete 13421 Cranston Ave Sylmar, CA 91342** | | **TCPA** | **Disputed** | | | **$4,500.00** |
| **Charles H. Hall 897 Delia Avenue Akron, OH 44320** | | **TCPA** | **Disputed** | | | **$4,500.00** |
| **Carl Moreland 2909 Quail Hollow Mckinney, TN 75072** | | **TCPA** | **Disputed** | | | **$4,500.00** |

**Fill in this information to identify the case:**

Debtor name __**Desert Lake Group, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF UTAH__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      **12/15**

---

**Part 1:     Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ _____ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $ _____ **114,188.33**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ _____ **114,188.33**

**Part 2:     Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ **50,000.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____ **598,662.18**

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b

    $ _____ **648,662.18**

**Fill in this information to identify the case:**

Debtor name **Desert Lake Group, LLC**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo (4Bush Holdings)** | **Business Checking** | **8011** | $556.12 |
| 3.2. | **F1Payments.com** | **Merchant** | **3498** | $1,000.00 |
| 3.3. | **F1Payments.com** | **Merchant** | **3472** | $1,000.00 |

4. **Other cash equivalents** *(Identify all)*
**Closed Merchant Bank Accounts:**

| | | |
| --- | --- | --- |
| 4.1. | Allyy/Affinitas: $0.00 (9653)<br>Allyy/Bolt Pay: $2,524.21 (0190)<br>Allyy/Bolt Pay: $5,746 (3472)<br>Allyy/Elavon: $500.00 (1808)<br>F1/MB Financial: $53,382.00 (2763)<br>**F1/MB Financial: $49,480.00 (2756)** | $111,632.21 |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$114,188.33

| Part 2: | Deposits and Prepayments |
| --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Desert Lake Group, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Desert Lake Group, LLC**
Name

Case number *(If known)* _____

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

**Current value of debtor's interest**

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Adv. Express Revenue - Contingent and Unliquidated claims for Indemnity and/or Contribution arising from alleged acts in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.**

**Nature of claim**

**Amount requested**                               $0.00                                         Unknown

**Adv. Offer Space, LLC and/or Traffic Space, LLC - Contingent and Unliquidated claims for Breach of Contract, Indemnity and/or Contribution arising from alleged acts in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.**

**Nature of claim**

**Amount requested**                               $0.00                                         Unknown

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                                      $0.00

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Desert Lake Group, LLC**                                    Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $114,188.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $114,188.33 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $114,188.33 |

**Fill in this information to identify the case:**

Debtor name    **Desert Lake Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1   DLGH, LLC**
Creditor's Name

**6975 Union Park Avenue**
**Suite 600**
**Midvale, UT 84047**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**04/15/20**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien
**All assets, inluding commercial tort claims and choses in action**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$50,000.00**    |    **Unknown**

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$50,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Desert Lake Group, LLC**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Alan S. Rosenberg<br>8553 N. Beach<br>Suite 110<br>Keller, TX 76244 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred  43703 | Basis for the claim:  **TCPA** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|
| | Amy McCormick<br>961 Rough and Ready Road<br>Whiteville, NC 28472 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred  12/20/2019 | Basis for the claim:  **TCPA** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|
| | Angel Shin<br>1052 S Mariposa Ave<br>Apt 302<br>Los Angeles, CA 90006 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred  43794 | Basis for the claim:  **TCPA** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|
| | Barbara Navarrete<br>13421 Cranston Ave<br>Sylmar, CA 91342 | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred  43863 | Basis for the claim:  **TCPA** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                        38674                        Best Case Bankruptcy

Debtor **Desert Lake Group, LLC**                                        Case number (if known) _____
_____
Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Carl Moreland**
**2909 Quail Hollow**
**Mckinney, TN 75072**

Date(s) debt was incurred  **43886**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **TCPA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Cathy Roth**
**3 Winchester Dr**
**Liverpool, NY 13088**

Date(s) debt was incurred  **1/31/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **TCPA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Charles H. Hall**
**897 Delia Avenue**
**Akron, OH 44320**

Date(s) debt was incurred  **43870**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **TCPA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$800.00** |
|---|---|---|---|

**Charlotte Gentry**
**2630 W Broward Blvd**
**Ste 203-195**
**Fort Lauderdale, FL 33312**

Date(s) debt was incurred  **43850**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **TCPA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Chelsea Manning**
**7247 W Kentucky Dr**
**#E**
**Lakewood, CO 80226**

Date(s) debt was incurred  **3/9/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **TCPA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Olson**
**c/o James A. Streett | Streett Law Firm**
**107 West Main Street**
**Russellville, AR 72801**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Class Action**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Christine M. Curry Ross**
**301 Dana Drive**
**Farmville, VA 23901**

Date(s) debt was incurred  **2/19/20**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **TCPA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Desert Lake Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Clarissa Guardiola**
**11143 Glenn Cv**
**Forney, TX 75126**

Date(s) debt was incurred  **43686**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,000.00**

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Craig Cunningham**
**3000 Custer Road**
**Suite 270-206**
**Plano, TX 75075**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Crystal Jones**
**6245 Longdale Drive**
**North Highlands, CA 95660**

Date(s) debt was incurred  **43846**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ☒ No  ☐ Yes

**$3,750.00**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Daniel Dewoskin**
**c/o Justin T. Holcombe | Kris Skaar**
**133 Mirramont Lake Drive**
**Woodstock, GA 30189**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Class Action**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**David Mrofki**
**548 93rd Ave N**
**Naples, FL 34108**

Date(s) debt was incurred  **1/24/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ☒ No  ☐ Yes

**$2,250.00**

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Devonta S Charles**
**129 1st Ave S**
**Douglas, GA 31533**

Date(s) debt was incurred  **1/22/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,000.00**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Giancarlo Diroma**
**11260 Pinecone St**
**Corona, CA 92883**

Date(s) debt was incurred  **2/28/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ☒ No  ☐ Yes

**$6,000.00**

---

Debtor   **Desert Lake Group, LLC**
_____      Case number (if known) _____
Name

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Ginnette Nunemaker**
**c/o Kimmel & Silverman**
**30 East Butler Pike**
**Ambler, PA 19002**

Date(s) debt was incurred  **3/19/2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Godwin Agbim**
**4930 Sugar Grove Blvd #2706**
**Suite 600**
**Stafford, TX 77477**

Date(s) debt was incurred  **2/26/2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Heather Horne**
**6007 N. College Ave.**
**Apt. 10**
**Indianapolis, IN 46220**

Date(s) debt was incurred  **12/5/2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Helen Cook**
**PrimeStar Publicity and Public Relations**
**2628 Hwy. 36 S. PMB #127**
**Brenham, TX 77833**

Date(s) debt was incurred  **03/20/20**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**James Mills**
**PO Box 662**
**Murchison, TX 75778**

Date(s) debt was incurred  **2/12/2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,300.00 |
|---|---|---|---|

**Jason Cano**
**4910 Valley View Dr**
**Apt 1031**
**Irving, TX 75062**

Date(s) debt was incurred  **43685**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Jerry Bianco**
**1042 N Highly**
**#102**
**Mesa, AZ 85205**

Date(s) debt was incurred  **1/16/2020**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Desert Lake Group, LLC**

Case number (*if known*)

Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Jill Corbin**
**609 Skelton Street**
**Royse City, TX 75189**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **43872**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|

**Jimmie Rice**
**2040 Truax Traer rd**
**Elkville, IL 62932**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **43858**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joan Spencer Rupert**
**c/o Ronald J. Eisenberg | Schultz & Asso**
**640 Cepi Drive, Suite A**
**Chesterfield, MO 63005-1221**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**John A. Pitts**
**154 Aquarius RD.**
**Conroe, TX 77306**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **11/25/2020**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**John Aguilar**
**1300 SW 1st Ave**
**Apt 5A**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **4/9/2020**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**John Paul**
**1725 N. Shelby Oaks Drive**
**Suite 101**
**Memphis, TN 38134**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **43877**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**Jon Shilling**
**2760 Vicary Rd**
**Horton, MI 49246**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  **43853**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor    **Desert Lake Group, LLC**
_____
Name

Case number (if known)
_____

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |

**Joseph Brem**
**2383 E San Miguel Dr**
**Casa Grande, AZ 85194**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/13/2020**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |

**Kamia Young**
**8960 Rowley Cove**
**Memphis, TN 38016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **43889**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |

**Karen Grisham**
**47 W Oak Dr.**
**Huntsville, TX 77320**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/5/2020**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $750.00 |

**Kate Taylor**
**705 S. Poplar Ave.**
**Elmhurst, IL 60126**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/29/2020**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |

**Kathryn Betts**
**49 East 3700 South**
**Nibley, UT 84321**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **04/17/2020**

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**Katie McQuarrie**
**10904 S Weiss Drive**
**South Jordan, UT 84009**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/26/2020**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |

**Keith DeLeo**
**836 Stephanie DR**
**North Caldwell, NJ 07006**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **43671**

Basis for the claim:  **Small Claims Court**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Desert Lake Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Kelly Rogers**
**1918 Creason Drive**
**Maryville, TN 37801**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  12/5/2019

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Ken Hubacher**
**2708 Oro Viejo Cove**
**Cedar Park, TX 78613**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  43860

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Kenneth Seith**
**4650 Scenic Circle**
**Colorado Springs, CO 80917**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  2/21/2020

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Lacy Woods**
**681 Taylor Circle**
**Somerville, AL 35670**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  43826

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Laura Bullock**
**5110 Azalea Trace Dr**
**#1213**
**Houston, TX 77066**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  43853

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Laurie Taylor**
**1768 Oak Grove Dr**
**Green Cove Springs, FL 32043**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  43880

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Lemuel Israel**
**P.O. Box 560681**
**The Colony, TX 75056**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  43850

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Desert Lake Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.47**

**Nonpriority creditor's name and mailing address**
**Leslie Stroud**
**9717 Gallatin Ln**
**Fort Worth, TX 76177**

Date(s) debt was incurred  **2/7/2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,250.00**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Lisa Lerch**
**15 Angola Road**
**New Castle, DE 19720**

Date(s) debt was incurred  **43871**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,000.00**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Lisa Lerch**
**c/o Kimmel & Silverman P.C.**
**30 East Butler Pike**
**Ambler, PA 19002**

Date(s) debt was incurred  **3/19/2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,500.00**

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Lisa Silva**
**410 State Route 6**
**Raymond, WA 98577**

Date(s) debt was incurred  **43810**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,500.00**

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Marissa Gilmore**
**13362 Leeward Lane**
**San Antonio, TX 78263**

Date(s) debt was incurred  **2/24/2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,000.00**

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Matt McCormick**
**720 Red fox Dr**
**Prosper, TX 75078**

Date(s) debt was incurred  **1/28/2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,000.00**

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Matthew Hood**
**447 New Hope Church Rd.**
**Jonesville, SC 29353**

Date(s) debt was incurred  **12/9/2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **TCPA**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,000.00**

---

| Debtor | **Desert Lake Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Melanie Stranko**
**3203 Ridgeway Road**
**Greensburg, PA 15601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **43854**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Monthzerrat Wong**
**9001 Airport Blvd**
**#309**
**Houston, TX 77061**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **43718**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Nathan Byars**
**PO Box 66682**
**Austin, TX 78766**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **43753**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Nicholas S Kalair**
**7575 Palmyra Ave**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/1/2020**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$194,145.86** |
|---|---|---|---|

**NLJ Financial LLC**
**2328 Hitching Post Drive**
**Eagle Mountain, UT 84005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Last Use: 01/10/2020**

Basis for the claim:  **Loan: Creditor permitted debtor to use it's credit card to incur debtor's business expenses.**

Last 4 digits of account number  **1002**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Patricia Wheatley**
**698 County Rd**
**1572**
**Carthage, TX 75633**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **43892**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Rebecca Schnulle**
**747 Linden Dr**
**Chester, SC 29706**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/26/2020**

Basis for the claim:  **TCPA**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Desert Lake Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Rhe`mah Striverson**
**24460 Patriot Court**
**Crete, IL 60417**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  1/29/2020

Basis for the claim:  TCPA

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ryan Coyle**
**c/o Abbas Kazerounian**
**245 Fischer Avenue, Suite D1**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Class Action

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,250.00** |
|---|---|---|---|

**Sally Law**
**333 S Catalina Street**
**#427**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  43687

Basis for the claim:  TCPA

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Samuel Dembitsky**
**1045 Williams St.**
**Brush, CO 80723**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  4/14/2020

Basis for the claim:  TCPA

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Sarah Booras**
**9032 Sunset Ridge**
**Littleton, CO 80126**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  43897

Basis for the claim:  TCPA

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Scott Wilder**
**100 Van Schaick Ave**
**Cohoes, NY 12047**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  1/17/2020

Basis for the claim:  TCPA

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Shashea Harsh**
**230 Maple Street**
**Slippery Rock, PA 16057**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  11/22/2020

Basis for the claim:  TCPA

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Desert Lake Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Shelly Johnson**
**2304 Shady Creek Drive**
**Richardson, TX 75080**

Date(s) debt was incurred  **43796**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **TCPA**

Is the claim subject to offset? ☑ No  ☐ Yes

**$5,000.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Stephen Moore**
**312 Crossfield Dr.**
**Knoxville, TN 37920**

Date(s) debt was incurred  **43893**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **TCPA**

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,000.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Strategic Task Management, Inc.**
**1626 E. Timoney Road**
**Draper, UT 84020**

Date(s) debt was incurred  **Last Use: 08/30/2019**

Last 4 digits of account number  **1006**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Loan: Creditor permitted debtor to use it's credit card to incur debtor's business expenses.**

Is the claim subject to offset? ☑ No  ☐ Yes

**$108,437.09**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Strategic Task Management, Inc.**
**1626 E. Timoney Road**
**Draper, UT 84020**

Date(s) debt was incurred  **Last Use: 09/24/2019**

Last 4 digits of account number  **1264**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Loan: Creditor permitted debtor to use it's credit card to incur debtor's business expenses.**

Is the claim subject to offset? ☑ No  ☐ Yes

**$42,079.23**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Tawni Bennett**
**908 Providence Street**
**Denton, TX 76205**

Date(s) debt was incurred  **43705**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **TCPA**

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,000.00**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**Teri Ellis**
**404 Oxford St**
**#5407**
**Houston, TX 77077**

Date(s) debt was incurred  **43883**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **TCPA**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,500.00**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**Terrence White**
**3708 NE 109 Ave**
**Apt CC 12**
**Vancouver, WA 98682**

Date(s) debt was incurred  **1/27/2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **TCPA**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,500.00**

---

| Debtor | **Desert Lake Group, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Tesheyka Simon**
**1462 Druid Valley Dr NE**
**Apt E**
**Atlanta, GA 30329**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  2/5/2020

Basis for the claim:  TCPA

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Thomas L. Paine**
**1225 Halapa Way**
**Trinity, FL 34665**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  43851

Basis for the claim:  TCPA

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Toni Spray**
**6909 Shoreview Drive**
**McKinney, TX 75072**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  43870

Basis for the claim:  TCPA

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Tonika Burns**
**201 S Lewis Street #205**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  2/5/2020

Basis for the claim:  TCPA

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Walton Twu, LLP**
**9515 Soquel Drive**
**Suite 207**
**Aptos,, CA 95003**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  43684

Basis for the claim:  TCPA

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**William Kardos**
**203 Holly Ridge Drive**
**Glenshaw, PA 15116**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  2/12/2020

Basis for the claim:  TCPA

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**William Kevin Hand**
**306 Fantastic Blvd**
**Raceland, LA 70394**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  43802

Basis for the claim:  TCPA

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Desert Lake Group, LLC**
_____    Case number (if known) _____
Name

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,200.00** |

**Zeke Turpin**
**2405 N Woodland Hills Drive**
**Prescott, AZ 86305**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  1/21/2020

**Basis for the claim:**  TCPA

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **James M. Feagle**<br>**Cliff R. Dorsen**<br>**2374 Main Street, Suite B**<br>**Tucker, GA 30084** | Line  3.15<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **598,662.18** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **598,662.18** |

**Fill in this information to identify the case:**

Debtor name   **Desert Lake Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br><br>List the contract number of any government contract | **Fulfillment Services, Reporting and Shipping of Basic CBD Oils and CBD Coffee Products Termination Without Cause.  Either party may terminate this Agreement without cause by providing five (5) working days advance written notice to the other.  Email shall suffice.**<br><br>**Logistix, LLC**<br>**Jeffrey N. Aldouse Registered Agent**<br>**4261 Mile High Drive**<br>**Provo, UT 84604** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br><br>List the contract number of any government contract | **End User Software**<br><br>**One (1) calendar month from the delivery date of the Software pursuant to subsection 3(b) (the "Initial Term"). Thereafter, it will renew for successive periods of one (1) calendar month (each a "Renewal Term").**<br><br>**Offer Space LLC**<br>**1261 South 820 East**<br>**Suite 210**<br>**American Fork, UT 84003** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Supply essential oil products, accessories and fulfillment services**<br><br>**August 28, 2020**<br><br>**Real Oil LLC**<br>**1261 South 820 East**<br>**American Fork, UT 84003** |

| Debtor 1 | **Desert Lake Group, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Office Space** | |
|---|---|---|---|
| | State the term remaining | **July 31, 2020** | **Regus PLC**<br>**222 Grenvile Street**<br>**St Helier**<br>**Jersey  JE4 8PX** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Call Center Services** | |
|---|---|---|---|
| | State the term remaining | **July 26, 2020** | **Techcel Outsourcing Solutions, Inc.**<br>**10808 S. Riverfront Parkway**<br>**Suite 333**<br>**South Jordan, UT 84095** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Business Functions** | |
|---|---|---|---|
| | State the term remaining | **Commences upon the Effective Date and continues until termination by a party pursuant to the terms of the Agreement.** | **Traffic Space, LLC**<br>**1261 South 820 East**<br>**Suite 210**<br>**American Fork, UT 84003** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name      **Desert Lake Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D |
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | City | State | Zip Code | |
| 2.2 | | | | ☐ D |
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | City | State | Zip Code | |
| 2.3 | | | | ☐ D |
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | City | State | Zip Code | |
| 2.4 | | | | ☐ D |
| | Street | | | ☐ E/F |
| | | | | ☐ G |
| | City | State | Zip Code | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Desert Lake Group, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 207

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          **04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>**Loss arises from credit card charge backs and customer refunds**<br>■ Other | **$-17,283.33** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other  **Will supplement w/in 14 days.** | **Unknown** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other  **Will supplement w/in 14 days.** | **Unknown** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | **Desert Lake Group, LLC** | | Case number *(if known)* | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jared Forbush**<br>**318 West 250 South**<br>**Kaysville, UT 84037**<br>**Manager of 4Bush Holdings LLC** | **$1,500/mo.** | **$18,000.00** | **Commission** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Chris Olson v. Desert Lake Group, LLC, d/b/a First Class Herb Tincture, d/b/a First Class Herbalist CBD, /d/b/a Herbalist Oils, /d/b/a Herbalist Silver, d/b/a Herbalist Sleep; Sociality, LLC /d/b/a Sociallity AccessNow Health Community, d/b/a Sociality Group; OZN Web, LLC; Darin Toone; Peter Gallic, Chris Armstrong, and John Does 1-10 (Removed from AR State Court, Circuit of Pope County)**<br>**4:20-CV-165-BSM** | **Code: 485, Telephone Consumer Protection Act (TCPA), Action filed under the Telephone Consumer Protection Act 47 U.S.C. § 227** | **USDC Eastern District of AR, Central**<br>**Richard Sheppard Arnold**<br>**US Courthouse**<br>**500 W Capitol Avenue**<br>**Little Rock, AR 72201** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Desert Lake Group, LLC**                                                   Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Ryan Coyle v. Desert Lake Group, LLC, dba First Class Herb Tincture, dba First Class Herbalist CBD, dba First Class Herbalist Oils, dba USA Herbalist Oils**<br>**20cv00076-DMS-BLM** | **Code: 485, Telephone Consumer Protection Act (TCPA), Action filed under the Telephone Consumer Protection Act 47 U.S.C. § 227** | **United State District Court Southern District of CA 333 West Broadway, Suite 420 San Diego, CA 92101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Daniel Dewoskin, v. Desert Lake Group, LLC, d/b/a/ First Class Herbalist CBD, Darin Toone**<br>**1:20-cv-00806-WMR** | **Code: 485, Telephone Consumer Protection Act (TCPA), Action filed under the Telephone Consumer Protection Act 47 U.S.C. § 227** | **United States District Court, No Dist GA Russell Federal Building 75 Ted Turner Drive, SW Atlanta, GA 30303-3309** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Craig Cunningham v. 4Bush Holdings, LLC, Jared Forbush Desert Lake Group, LLC Darin Toone, and John/Jane Does 1-5**<br>**4:20-cv-00145-SDJ-CAN** | **Code: 485, Telephone Consumer Protection Act (TCPA), Action filed under the Telephone Consumer Protection Act 47 U.S.C. § 227** | **United States District Court For the Eastern District of TX 7940 Preston Road, Suite 111 Plano, TX 75024** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | **Desert Lake Group, LLC** | Case number *(if known)* | |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cohne Kinghorn, P.C.**<br>**111 E. Broadway, 11th Floor**<br>**Salt Lake City, UT 84111** | **Legal Retainer Funded** | **03/17/2020** | **$5,000.00** |
| | **Email or website address**<br>**mboley@cohnekinghorn.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Funds originated from Offer Space, LLC, but were paid on behalf of the Debtor as a gift.** | | | |
| 11.2. | **Cohne Kinghorn, P.C.**<br>**111 E. Broadway, 11th Floor**<br>**Salt Lake City, UT 84111** | **Legal Retainer Funded** | **04/02/2020** | **$10,000.00** |
| | **Email or website address**<br>**mboley@cohnekinghorn.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Funds originated from 4Bot Industries LLC, but were paid on behalf of the Debtor as a gift from Offer Space LLC.** | | | |
| 11.3. | **Cohne Kinghorn, P.C.**<br>**111 E. Broadway, 11th Floor**<br>**Salt Lake City, UT 84111** | **Legal Retainer Funded** | **04/15/2020** | **$50,000.00** |
| | **Email or website address**<br>**mboley@cohnekinghorn.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Funds were paid by the Debtor. The Debtor borrowed the funds from DLGH, LLC.** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

| Debtor | Desert Lake Group, LLC | Case number *(if known)* | |
|---|---|---|---|

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **4Bush Holdings, LLC**<br>**318 West 250 South**<br>**Kaysville, UT 84037** | **September 18, 2018 to Present** |
| 14.2. | **Desert Lake Group, LLC**<br>**6795 Union Park Avenue**<br>**Suite 600**<br>**Midvale, UT 84047** | **July 31, 2018 to Present** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Desert Lake Group, LLC** | | Case number *(if known)* | |

---

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank (Desert Lake Group)** | **XXXX-3689** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **03/2020** | **$0.00** |
| 18.2. | **Allyy/Bolt Pay (4Bush Holdings)** | **XXXX-0190** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other_ **Merchant** _ | **01/2020** | **$2,524.21** |
| 18.3. | **Allyy/Elavon (4Bush Holdings)** | **XXXX-1808** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other_ **Merchant** _ | **01/2020** | **$500.00** |
| 18.4. | **Allyy/GreenBox (4Bush Holdings)** | **XXXX-1559** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other_ **Merchant** _ | **01/2020** | **$0.00** |
| 18.5. | **F1/MB Financial (4Bush Holdings)** | **XXXX-2763** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other_ **Merchant** _ | **01/2020** | **$53,382.00** |
| 18.6. | **F1/MB Financial (4Bush Holdings)** | **XXXX-2756** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other_ **Merchant** _ | **01/2020** | **$49,480.00** |

Debtor   **Desert Lake Group, LLC**                                    Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.7. | **NMA/CBCal (4Bush Holdings)** | **XXXX-2921** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Merchant** | **01/2020** | **$0.00** |
| 18.8. | **Allyy/Affinitas (Desert Lake Group)** | **XXXX-9653** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Merchant** | **01/2020** | **$0.00** |
| 18.9. | **Allyy/BoltPay (Desert Lake Group)** | **XXXX-0097** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Merchant** | **01/2020** | **$5,746.00** |
| 18.10. | **Allyy/Elavon (Desert Lake Group)** | **XXXX-7362** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Merchant** | **01/2020** | **$0.00** |
| 18.11. | **Allyy/T1 (Desert Lake Group)** | **XXXX-0707** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Merchant** | **01/2020** | **$0.00** |
| 18.12. | **NMA/CBCal (Desert Lake Group)** | **XXXX-2921** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br>Other **Merchant** | **01/2020** | **$0.00** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

| Debtor | **Desert Lake Group, LLC** | Case number *(if known)* |
|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor   **Desert Lake Group, LLC**                                   Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   **Desert Lake Group**
**1261 South 820 East**
**Suite 210**
**American Fork, UT 84003** | |
| 26a.2.   **4Bush Holdings, LLC**
**318 West 250 South**
**Kaysville, UT 84037** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Darin Toone**
**1421 E Hoover Avenue**
**Phoenix, AZ 85006** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Darin Toone** | **1421 E Hoover Avenue**
**Phoenix, AZ 85006** | **Chief Restructuring Officer and Manager** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Desert Lake Group, LLC**                              Case number *(if known)* _____

☐  No

■  Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Jared Forbush | 318 West 250 South Kaysville, UT 84037 | Manager of 4Bush Holdings LLC | 2018 through January 2020 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Nick Jessen | 4787 W Cobblefield Drive Herriman, UT 84096 | Manager of Desert Lake Group, LLC | August 23, 2018 - January 2020 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Chris Armstrong | 1626 E Timoney Road Draper, UT 84020 | Manager of Desert Lake Group, LLC | August 23, 2018 - January 2020 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Ryan Dean Hoggan | 1360 East Siesta Drive Cottonwood Heights, UT 84093 | Manager of Desert Lake Group, LLC | August 23, 2018 through January 2020 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Strategic Task Management, Inc. | 1626 E. Timoney Raod Draper, UT 84020 | Member of Desert Lake Group, LLC | August 23, 2018 through January 2020 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| EIGHTH & I LLC | 24 E Manilla Circle Draper, UT 84020 | Member of Desert Lake Group, LLC | August 23, 2018 through January 2020 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Sixth Gear Management Co. | 1360 East Siesta Drive Cottonwood Heights, UT 84093 | Member of Desert Lake Group, LLC | August 23, 2018 through January 2020 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Big Theory Creative LLC | 9053 Cassie Drive Eagle Mountain, UT 84005 | Member of Desert Lake Group, LLC | August 23, 2018 through January 2020 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Jessen Internet Solutions, L.L.C. | 4787 W Cobblefield Drive Herriman, UT 84096 | Member of Desert Lake Group, LLC | August 23, 2018 through January 2020 |

Debtor    **Desert Lake Group, LLC**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Alliance Ventures, LLC** | **1421 East Hoover Avenue Phoenix, AZ 85006** | **Member of Desert Lake Group, LLC** | **August 23, 2018 through January 2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **JV Tech, LLC** | **25 South 750 East Heber City, UT 84032** | **Member of Desert Lake Group, LLC** | **August 23, 2018 through January 2020** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jared Forbush 318 West 250 South Kaysville, UT 84037** | **$18,000** | **$1,500 Monthly** | **Commission** |
| | **Relationship to debtor Manager of 4Bush Holdings LLC** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Desert Lake Group, LLC**                                    Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 24, 2020**

**/s/ Darin Toone**                                              **Darin Toone**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Utah

In re   **Desert Lake Group, LLC** _____   Case No. _____

Debtor(s)                        Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **DLGH, LLC**<br>**6975 Union Park Avenue**<br>**Suite 600**<br>**Cottonwood Heights, UT 84047** | **Common** | **100%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 24, 2020** _____   Signature   **/s/ Darin Toone** _____

**Darin Toone**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Utah

In re    **Desert Lake Group, LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 24, 2020**

**/s/ Darin Toone**

**Darin Toone**/**Manager**
Signer/Title

# United States Bankruptcy Court
### District of Utah

In re  **Desert Lake Group, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Desert Lake Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**DLGH, LLC**
**6975 Union Park Avenue**
**Suite 600**
**Cottonwood Heights, UT 84047**

☐ None [*Check if applicable*]

**April 24, 2020**

Date

**/s/ Matthew M. Boley**

**Matthew M. Boley**

Signature of Attorney or Litigant

Counsel for **Desert Lake Group, LLC**

**Cohne Kinghorn, P.C.**
**111 E. Broadway, 11th Floor**
**Salt Lake City, UT 84111**
**801-363-4300 Fax:801-363-4378**
**mboley@cohnekinghorn.com**